# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

| | |
|---|---|
| **LAURA BRUNER**, an individual, | CIVIL ACTION |
| Plaintiff, | |
| v. | Case No. 2:24-cv-067-JLB-KCD |
| | Judge: John L. Badalamenti |
| **KPMG, LLP**, a Delaware limited liability partnership, | Mag. Judge: Kyle C. Dudek |
| Defendant. | |

## PLAINTIFF'S NOTICE OF SETTLEMENT

In accordance with M.D. Fla. L.R. 3.09(a), the Plaintiff, by and through undersigned counsel, notifies this Honorable Court that the Plaintiff's claims in the instant action have been resolved through a settlement between the Plaintiff and Defendant. Completion of the settlement terms is expected within the next thirty (30) days.

Dated: November 6, 2024     **s/ Benjamin H. Yormak**_____
Benjamin H. Yormak, Esq.
Florida Bar Number 71272
Lead Counsel for Plaintiff
YORMAK EMPLOYMENT & DISABILITY LAW
27200 Riverview Center Blvd., Suite 109
Bonita Springs, Florida 34134
Telephone: (239) 985-9691
Fax: (239) 288-2534
Email: byormak@yormaklaw.com

## CERTIFICATE OF SERVICE

  I hereby certify that on November 6, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: None.

        **s/ Benjamin H. Yormak**_____
        Benjamin H. Yormak, Esq.